IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID EARL BRAI,

   Plaintiff,

    v.

SOUTHERN REGIONAL MEDICAL CENTER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1597-TWT

## ORDER

This is a pro se medical malpractice action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the case for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED, this 30 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Brai\r&r.wpd